1  SEYFARTH SHAW LLP
   Mark H. Van Brussel (State Bar No. 080777)
2  Brandon R. McKelvey (State Bar No. 217002)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE FREMONT-RIDEOUT HEALTH GROUP,
6  a non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MATSUMURA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FREMONT-RIDEOUT HEALTH GROUP, a California Corporation, FREMONT-RIDEOUT HOSPITAL, a California Corporation, and DOE 1 through and including DOE 100,<br><br>    Defendants. | Case No. 2:09-CV-01835-MCE-DAD<br><br>**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT AND SET TIME FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSIVE PLEADINGS**<br><br>**[F.R.C.P. 6; F.R.C.P. 15; L.R. 144(a)]** |

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 6 and Rule 15 and Local Rule 144(a) plaintiff SANDRA MATSUMURA ("plaintiff") and defendant FREMONT-RIDEOUT HEALTH GROUP ("FRHG"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, plaintiff filed her First Amended Complaint in this court on or about October 9, 2009;

WHEREAS, FRHG was served with plaintiff's First Amended Complaint and Summons on or about November 2, 2009;

WHEREAS, on or about November 17, 2009 the parties stipulated to a 30-day extension of time in which FRHG had to respond to the First Amended Complaint and Summons thereby extending the time for a responsive pleading to December 23, 2009;

WHEREAS, FRHG has brought a number of issues regarding the viability of the allegations in the First Amended Complaint to plaintiff's attention, and plaintiff has considered these issues and agreed to amend her complaint.

NOW, THEREFORE, the parties agree:

1.  Rather than FRHG filing a motion to dismiss and motion to strike, plaintiff will amend her complaint and shall file and serve the Second Amended Complaint on or before December 23, 2009.

2.  FRHG shall have 20 days after filing and service of the Second Amended Complaint to answer or otherwise respond to plaintiff's Second Amended Complaint.

DATED:  December __, 2009                HARRIS & RUBLE

                                         By    s/ Jonathan Ricasa
                                                Alan Harris
                                                Jonathan Ricasa
                                         Attorneys for Plaintiff
                                         SANDRA MATSUMURA

                                         SEYFARTH SHAW LLP

DATED:  December __, 2009                By    s/ Brandon R. McKelvey
                                                Mark H. Van Brussel
                                                Brandon R. McKelvey
                                         Attorneys for Defendant
                                         THE FREMONT-RIDEOUT HEALTH
                                         GROUP, a non-profit corporation

**IT IS SO ORDERED.**

**DATED:** December 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE