1  SEYFARTH SHAW LLP
   Mark H. Van Brussel (State Bar No. 080777)
2  Brandon R. McKelvey (State Bar No. 217002)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   THE FREMONT-RIDEOUT HEALTH GROUP,
6  a non-profit corporation

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | SANDRA MATSUMURA, individually, and on ) Case No. 2:09-CV-01835-MCE-DAD
   | behalf of all others similarly situated,    )
12 |                                             ) **STIPULATION TO EXTEND**
   |                Plaintiffs,                  ) **HEARING ON DEFENDANT'S**
13 |                                             ) **MOTION TO DISMISS; ORDER**
   |        v.                                   )
14 |                                             ) **[L.R. 6-144(a)]**
   | FREMONT-RIDEOUT HEALTH GROUP, a             )
15 | California Corporation, FREMONT-RIDEOUT     )
   | HOSPITAL, a California Corporation, and DOE )
16 | 1 through and including DOE 100,            )
   |                                             )
17 |                Defendants.                  )
   |                                             )
18 |                                             )
   |                                             )
19

20      Pursuant to the provisions of Local Rule 6-144(a), plaintiff Sandra Matsumura and

21 defendant Fremont-Rideout Health Group, by and through their respective counsel, hereby

22 stipulate to extend the hearing date on FRHG's Motion to Dismiss the Complaint Or, In the

23 Alternative, to Strike Class Allegations from the originally noticed date of March 11, 2010, to

24 the new date of **April 29, 2010**, at 2:00 p.m., in Courtroom 7.

25 ///

26 ///

27 ///

28 ///

                                             1
PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: February 17, 2010 | | HARRIS & RUBLE |

By /s/ Jonathan Ricasa
  Alan Harris
  Jonathan Ricasa
Attorneys for Plaintiff
SANDRA MATSUMURA

DATED: February 19, 2010　　　　SEYFARTH SHAW LLP

By /s/ Brandon R. McKelvey
  Mark H. Van Brussel
  Brandon R. McKelvey
Attorneys for Defendant
THE FREMONT-RIDEOUT HEALTH GROUP, a non-profit corporation

IT IS SO ORDERED.

DATED: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com