SEYFARTH SHAW LLP
Mark H. Van Brussel (State Bar No. 080777)
Brandon R. McKelvey (State Bar No. 217002)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
THE FREMONT-RIDEOUT HEALTH GROUP,
a non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MATSUMURA, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FREMONT-RIDEOUT HEALTH GROUP, a California Corporation, RIDEOUT MEMORIAL HOSPITAL, a California Corporation, and DOE 1 through and including DOE 100,<br><br>　　　　　Defendants. | Case No. 2:09-CV-01835-MCE-DAD<br><br>**STIPULATION TO DISMISS AND STRIKE FROM PLAINTIFF'S SECOND AMENDED COMPLAINT ALL CLASS ACTION ALLEGATIONS RELATED TO PHARMACISTS, REFERENCES TO PHARMACISTS OTHER THAN PLAINTIFF, AND REFERENCES TO FREMONT-RIDEOUT HEALTH GROUP; ORDER**<br><br>**[L.R. 143]** |

Pursuant to the provisions of Local Rule 143, plaintiff Sandra Matsumura and defendant Rideout Memorial Hospital, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, plaintiff's Second Amended Complaint contains allegations referring to "pharmacists" other than plaintiff, "other pharmacists," and "other pharmacists employees";

WHEREAS, plaintiff's Second Amended Complaint asserts class action allegations on behalf of a subclass of "all pharmacists who were tendered a paycheck by one or more of the Defendants in California during the four years before the filing of this Complaint through the date of the filing of a Motion for Class Certification ('Class B-226.7')";

///

1   WHEREAS, plaintiff's Second Amended Complaint asserts class action allegations on
2  behalf of a subclass of "all pharmacists who quit or were otherwise terminated and who were not
3  timely tendered a paycheck for all outstanding wages by one or more of the Defendants in
4  California during the four years before the filing of the Complaint through the date of the filing
5  of a Motion for Class Certification ('Class C-203')";
6   WHEREAS, the parties agree that there is an insufficient number of pharmacists
7  employed by defendant to satisfy the numerosity requirement of Rule 23(a)(1);
8   WHEREAS, the parties agree that Rideout Memorial Hospital is the proper defendant in
9  this lawsuit and that Fremont-Rideout Health Group was erroneously named;
10  NOW, THEREFORE, the parties agree and stipulate that:
11  1.   Plaintiff's class action allegations related to pharmacists, including the subclasses
12  referenced as "Class B-226.7" and "Class C-203," shall be dismissed and stricken from
13  plaintiff's Second Amended Complaint;
14  2.   Plaintiff's allegations referring to "pharmacists" other than plaintiff, "other
15  pharmacists," or "other pharmacists employees" shall be stricken from the Second Amended
16  Complaint;
17  3.   References to Fremont-Rideout Health Group shall be stricken from the Second
18  Amended Complaint and replaced with the proper defendant Rideout Memorial Hospital, each
19  side to bear its own costs and attorneys' fees, if any, with respect to the naming of Fremont-
20  Rideout Health Group as a defendant; and
21  4.   Nothing in this stipulation shall be deemed to limit or affect plaintiff's Eighth
22  Cause of Action under The Labor Code Private Attorneys General Act of 2004 (Cal. Lab. C. §§
23  2698, *et seq.*) or any rights she may have under that statute to pursue claims as an aggrieved
24  employee on behalf of herself and other current and former employees.

1 DATED: April 15, 2010                                   HARRIS & RUBLE
2
3
                                                          By    /s/ Jonathan Ricasa
4                                                                 Alan Harris
                                                                  Jonathan Ricasa
5                                                         Attorneys for Plaintiff
                                                          SANDRA MATSUMURA
6
  DATED: April 15, 2010                                   SEYFARTH SHAW LLP
7
8                                                         By    /s/ Brandon McKelvey
                                                                  Mark H. Van Brussel
9                                                                 Brandon R. McKelvey
                                                          Attorneys for Defendant
10                                                        THE FREMONT-RIDEOUT HEALTH
                                                          GROUP, a non-profit corporation
11
12
       **IT IS SO ORDERED.**
13
14 DATED: April 16, 2010
15
                                              _____
16                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE
17