Alan Harris (SBN 146079)
Jonathan Ricasa (SBN 223550)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
Email: aharris@harrisandruble.com
Email: jricasa@harrisandruble.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MATSUMURA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP, a California Corporation, RIDEOUT MEMORIAL HOSPITAL, a California Corporation, and DOE 1 through and including DOE 100,<br><br>    Defendants. | Case No. 2:09-CV-01835-MCE-DAD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR PRETRIAL STATUS SCHEDULING CONFERENCE**<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>Date: October 28, 2010<br>Time: 2:00 p.m.<br><br>Complaint Filed: July 2, 2009<br>Trial Date: TBD |

The Court, having considered Plaintiff's Request for Telephonic Appearance for Pretrial Status Scheduling Conference, hereby denies as moot the request by Plaintiff's counsel to appear via telephone at the conference on October 28, 2010 at 2:00 p.m. The Pretrial Status Scheduling Conference is rescheduled for November 18, 2010 at 2:00 p.m in Courtroom 7.

///

///

1

Plaintiff may appear via telephone at the November 18 hearing.  Plaintiff is to be available at (323) 962-3777.

    IT IS SO ORDERED.

DATED: October 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com