SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
Email: asanderson@seyfarth.com
Brandon R. McKelvey (SBN 217002)
Email: bmckelvey@seyfarth.com
Anthony J. Musante (State Bar No.(SBN 252097)
Email: amusante@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
RIDEOUT MEMORIAL HOSPITAL erroneously sued as
FREMONT-RIDEOUT HEALTH GROUP,
a non-profit corporation

HARRIS & RUBLE
Alan Harris (SBN 146079)
Matthew Kavanaugh (SBN 239961)
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
Email: law@harrisandruble.com

Attorneys for Plaintiff
SANDRA MATSUMURA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MATSUMURA, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) FREMONT-RIDEOUT HEALTH GROUP, ) etc., et al., ) ) Defendant. ) ) | Case No. 2:09-CV-01835-MCE-DAD **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE SETTLEMENT CONFERENCE** Complaint Filed: July 2, 2009 Trial Date: TBD Judge: Morrison C. England, Jr. |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rules 240 and 270, and the Court's Pretrial Scheduling Order, Plaintiff Sandra Matsumura and Defendant Rideout

1

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO
CONTINUE THE SETTLEMENT CONFERENCE

13244946v.1
13273993v.1

1   Memorial Hospital ("Defendant") hereby submit this Stipulation to Modify the Pretrial

2   Scheduling Order to continue the settlement conference.

3           On October 19, 2010, this Court issued a Pretrial Scheduling Order in this matter.

4   Pursuant to the Order, a Settlement Conference was set before Judge Frank C. Damrell, Jr. on

5   April 15, 2011, at 2:00 p.m.  Since the Scheduling Order was issued, the parties have attempted

6   to schedule plaintiff's deposition, but have been unable to do so, primarily as a result of

7   plaintiff's work schedule.  Defendant asserts that because plaintiff has yet to be deposed, a

8   Settlement Conference at this time would likely be unproductive.  Accordingly, the parties seek a

9   modification of the Pretrial Scheduling Order to continue the Settlement Conference.

10          Defendant has been diligent in attempting to schedule plaintiff's deposition.  Defendant

11  first noticed plaintiff's deposition for December 21, 2010.  Plaintiff was unable to attend on that

12  date due to a conflict with her work schedule so counsel for the parties discussed alternative

13  dates.  Through January and February, several dates were proposed, but Plaintiff, or counsel for

14  the parties, had scheduling conflicts.  Defendant then noticed plaintiff's deposition for March 31,

15  2011.  Plaintiff was unavailable for the noticed date due to her work schedule.  Thereafter,

16  counsel for both parties conferred and determined that May 5, 2011 was the soonest the

17  deposition could occur, and the deposition was set for that date.  Defendant asserts that a

18  Settlement Conference occurring prior to plaintiff's deposition would be premature and have

19  little chance of resolving the case.  Accordingly, good cause exists to modify the Pretrial

20  Scheduling Order to continue the Settlement Conference until after plaintiff has been deposed.

21          The parties have conferred and agreed upon a date for the Settlement Conference after

22  plaintiff's deposition: June 17, 2011.  In addition, defendant has confirmed that Judge Damrell is

23  available to conduct the Settlement Conference on June 17, 2011 at 1:30 p.m.  The new date for

24  the Settlement Conference will have no impact on the remaining dates in the Pretrial Scheduling

25  Order.

26  ///

27  ///

28

2

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO
CONTINUE THE SETTLEMENT CONFERENCE

13244946v.1
13273993v.1

**IT IS STIPULATED AS FOLLOWS:**

The Pretrial Scheduling Order shall be modified to continue the Settlement Conference from April 15, 2011 to June 17, 2011 at 1:30 p.m. before Judge Damrell.

**IT IS SO STIPULATED**

DATED:  April 1, 2011                         SEYFARTH SHAW LLP


By____/s/ Brandon R. McKelvey_____
          Alfred L. Sanderson, Jr.
          Brandon R. McKelvey
          Anthony J. Musante
Attorneys for Defendant
RIDEOUT MEMORIAL HOSPITAL erroneously
sued as FREMONT-RIDEOUT HEALTH GROUP,
a non-profit corporation

DATED:  April 1, 2011                         HARRIS & RUBLE


By____ /s/ Matthew E. Kavanaugh_____
          Alan Harris
          Matthew E. Kavanaugh
Attorneys for Plaintiff
SANDRA MATSUMURA

**IT IS SO ORDERED.**


DATED:  April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3

13244946v.1
13273993v.1