SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
Email: asanderson@seyfarth.com
Brandon R. McKelvey (SBN 217002)
Email: bmckelvey@seyfarth.com
Anthony J. Musante (State Bar No.(SBN 252097)
Email: amusante@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
RIDEOUT MEMORIAL HOSPITAL erroneously sued as
FREMONT-RIDEOUT HEALTH GROUP,
a non-profit corporation

HARRIS & RUBLE
Alan Harris (SBN 146079)
Matthew Kavanaugh (SBN 239961)
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
Email: law@harrisandruble.com

Attorneys for Plaintiff
SANDRA MATSUMURA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MATSUMURA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FREMONT-RIDEOUT HEALTH GROUP, etc., et al.,<br><br>    Defendant. | Case No. 2:09-CV-01835-MCE-DAD<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41a(1)(A)(ii)**<br><br>Complaint Filed: July 2, 2009<br><br>Trial Date: TBD<br>Judge: Morrison C. England, Jr. |

1   WHEREAS, Plaintiff Sandra Matsumura ("Plaintiff") and Defendant Rideout Memorial Hospital ("Defendant") (jointly as "Parties"), through a stipulation and Order dated April 16, 2010, dismissed the Fremont-Rideout Health Group as a Defendant in this action and struck a number of allegations, including class allegations, from the Second Amended Complaint.

WHEREAS, the Parties are of the opinion that the only remaining class issue, under the Sixth Claim for Relief arising from the wage statements issued by Defendant, does not satisfy the criteria for certifying a class action pursuant to Federal Rules of Civil Procedure Rule 23.

WHEREAS, Plaintiff has resolved her individual claims against Defendant.

**NOW, THEREFORE IT IS STIPULATED AS FOLLOWS:**

This action is settled in its entirety. Plaintiff hereby dismisses the action with prejudice, subject to the terms of the settlement agreement entered by and between the Parties. All Parties are to bear their own attorneys' fees and costs.

**SO STIPULATED**

DATED: June 7, 2011            SEYFARTH SHAW LLP


By_____/s/ Brandon R. McKelvey_____
    Alfred L. Sanderson, Jr.
    Brandon R. McKelvey
    Anthony J. Musante
Attorneys for Defendant
RIDEOUT MEMORIAL HOSPITAL


DATED: June 7, 2011            HARRIS & RUBLE


By_____/s/ Alan Harris_____
    Alan Harris
    Matthew E. Kavanaugh
Attorneys for Plaintiff
SANDRA MATSUMURA

1    **IT IS SO ORDERED.**   The matter having been dismissed in its entirety, the Clerk of
2    Court is directed to close the file.
3    Date: June 9, 2011

```
                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
```